IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONNA M. BELLAR                                            PLAINTIFF

VS.                    CASE NO. 3:06V00209 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                    DEFENDANT

## ORDER

The Plaintiff, through counsel, has filed a motion to extend the time to file a brief, or otherwise move (DE #8). For good cause shown, the motion is granted. The time is extended to, and including, April 26, 2007.

SO ORDERED this 13th day of April, 2007.

_/s/ Henry L. Jones, Jr._
UNITED STATES MAGISTRATE JUDGE